COURT OF APPEALS OF VIRGINIA

UNPUBLISHED

Present:   Judges Humphreys, McCullough and Senior Judge Bumgardner

CORINE HILEMAN

MEMORANDUM OPINION[*]
v.      Record No. 2303-13-3                                PER CURIAM
MAY 13, 2014

BODDIE NOELL ENTERPRISES AND
  BODDIE NOELL ENTERPRISES, INC.

FROM THE VIRGINIA WORKERS' COMPENSATION COMMISSION

(Stephen W. Mullins, on brief), for appellant.

(Dale W. Webb; Audra M. Marcum; Frankl Miller & Webb, LLP, on
brief), for appellees.


Corine Hileman appeals a decision of the Workers' Compensation Commission

(hereinafter "commission") finding she failed to prove her right ankle injury was causally related

to her September 1, 2010 work accident.  We have reviewed the record and the commission's

opinion and find this appeal is without merit.  Accordingly, we affirm for the reasons stated by

the commission in its final opinion.  See Hileman v. Boddie Noell Enterprises, VWC File No.

VA00000373691 (Nov. 8, 2013).  We dispense with oral argument and summarily affirm

because the facts and legal contentions are adequately presented in the materials before the Court

and argument would not aid the decisional process.  See Code § 17.1-403; Rule 5A:27.

Affirmed.

_____
[*] Pursuant to Code § 17.1-413, this opinion is not designated for publication.